Robert M. Birach, Esq.
Michigan State Bar No. P29051
Birach Law, PC
26211 Central Park Blvd., Suite 209
Southfield, Michigan, 48076
email: bob@cgblegal.com
telephone: (313) 964-1234
facsimile: (313) 887-0263
Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| REDA AHMED AOUN,<br>　　　　Petitioner<br>v.<br><br>US IMMIGRATION AND CUSTOMS ENFORCEMENT AGENCY (USICE); The GEO Group, owner/operator of South Texas Detention Facility (STDF), BOBBY THOMPSON, Warden, STDF, in his official capacity; ROBERT LYNCH, Field Office Director, Detroit Field Office, USICE, in his official capacity; TODD M. LYONS, Acting Director, USICE, in his official capacity; THOMAS HOMAN, White House Border Czar, in his official capacity; and KRISTI NOEM, Secretary of US Department of Homeland Security, in her official capacity<br>　　　　Respondents. | Case No: SA25CA0430 JKP<br><br>LIST OF EXHIBITS<br>PETITION FOR HABEUS CORPUS |

V-

# EXHIBITS

**EXH 1** Detainee Locator Sheet………………………………………………………. 23

**EXH 2** Visa with admission stamp & I-94 arrival record……………………...….. 24

**EXH 3** MI Driver's License……………………………………………………….. 27

**EXH 4** Form W-2, Social Security Card and Employment Authorization Card…… 28

**EXH 5** MI State Police Criminal Record Report…………….…………………….. 31

**EXH 6** Detention Facility Information…………………………………………...... 32

**EXH 7** Birth Certificate and Biographic Page from Passport……………………… 33

**EXH 8** EOIR Case Information Sheet…………………………………………….. 37

**EXH 9** Naturalization Certificate, Marriage Certificate, Receipt for Visa Petition, USCIS Notice of Pendency……………………….…………………………………...… 39

**EXH 10** Stepson Birth Certificate…………………………………………………. 43

**EXH 11** Order of Supervision Paperwork and Receipt For Employment Authorization Extension……………………………………………………………………...….. 44

**EXH 12** Federal Register TPS Designation…………………………………………. 50

**EXH 13** Receipt for Filing, Case Status Notice, Receipt for Employment Authorization, Notice of Case Processing Time…, ……………………………………………………. 54

**EXH 14** Instructions for an I-802. Temporary Protected Status Application with a List of Evidence Required……………………………………………………………….59

**EXH 15** Copy of Notice of Automatic Stay of Removal and Request for Release From Detention with Supporting Evidence…………………………………...…………….... 67

**EXH 16** Executive Order…………………………………………………………… 85