1

4/12/25, 8:35 AM

search

 Official Website of the Department of Homeland Security

Report

Main Menu

< BACK TO RESULTS

# Facility Page

## Detention Information For:

**REDA AOUN**
**Country of Birth:** Lebanon
**A-Number:** 205802101

## Current Detention Facility:

SOUTH TEXAS DETENTION FACILITY

566 VETERANS DRIVE

PEARSALL, TX 78061

**Visitor Information:** (830) 334-2939

MORE INFORMATION >



South Texas
Detention Complex
566 Veterans Drive

Privacy - Terms