2



```
VNUSAAOUN<<REDA<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
RL06686909LBN7500004M1801167B3BRT03Q97032074
```



-24-



VISAS / التأشيرات

**VISA**
**UNITED STATES OF AMERICA**

Issuing Post Name: BEIRUT
Surname: AOUN
Given Name: REDA
Passport Number: RL0666690
Entries: M
Annotation: 
Issue Date: 18JAN2013
Expiration Date: 16JAN2018
Sex: M
Control Number: 20130178200001
Visa Type/Class: R B1/B2
Nationality: LEBN

VNUSAAOUN<<REDA<<<<<<<<<<<<<<<<<<<<<<<<<<
RL06686909BN7500004M1801167B3BRT03Q9703207 4

Q.I.A INT. AIRPORT 14
3 MAR 2013

-25-

 For: Reda Aoun



## Most Recent I-94

**Note to employers, local, state or federal agency granting benefits:**
Please visit the CBP I-94 Public Website and click on the tab for "Get Most Recent I-94" to perform a search for the applicant to confirm that the biographic and travel information displayed on this I-94 printout matches the "Get Most Recent I-94" returned results for this applicant. I-94 FAQs: (https://i94.cbp.dhs.gov/I94/#/faq)

Admission I-94 Record Number: 46060935327
Arrival/Issued Date: 2013 March 04
Class of Admission: B2
Admit Until Date: 2013 September 02

Details provided on the I-94 Information form:

Last/Surname: AOUN
First (Given) Name: REDA
Birth Date: 1975 January 01
Document Number: RL0668690
Country of Citizenship: Lebanon

- Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

- If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

- Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 11/30/2024