3



