4

| a Employee's social security number | | |
|---|---|---|
| | OMB No. 1545-0008 | Safe, accurate, FAST! Use **IRS e-file** | Visit the IRS website at www.irs.gov/efile |

| **b** Employer identification number (EIN) 87-4223182 | **1** Wages, tips, other compensation  26,333 | **2** Federal income tax withheld |
|---|---|---|
| **c** Employer's name, address, and ZIP code PLYMOUTH AUTO SERVICE 1 | **3** Social security wages  26,333 | **4** Social security tax withheld  1,633 |
| | **5** Medicare wages and tips  26,333 | **6** Medicare tax withheld  382 |
| 14550 PLYMOUTH RD DETROIT          MI     48227 | **7** Social security tips | **8** Allocated tips |
| **d** Control number | **9** | **10** Dependent care benefits |
| **e** Employee's first name and initial      Last name      Suff. | **11** Nonqualified plans | **12a** See instructions for box 12 |
| REDA        AOUN | **13** Statutory employee / Retirement plan / Third-party sick pay | **12b** |
| 6609 PINEHURST ST DEARBORN        MI     48126 | **14** Other | **12c** |
| | | **12d** |
| **f** Employee's address and ZIP code | | |

| 15 State  Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| MI | 26,333 | 623 | | | |
| | | | | | |
| | | | | | |

Form **W-2** Wage and Tax Statement    **2022**    Department of the Treasury-Internal Revenue Service

Copy B - To Be Filed With Employee's FEDERAL Tax Return.
This information is being furnished to the Internal Revenue Service.
EEA

The information on this Form W-2 was used to prepare the taxpayer's 2022 Federal tax return by EXPERT ACCOUNTING & TAX



ARD

## YOUR SOCIAL SECURITY CARD

ADULTS: Sign this card in ink immediately.
CHILDREN: Do not sign until age 18 or your first job,
whichever is earlier.

Keep your card in a safe place to prevent loss or theft.
DO NOT CARRY THIS CARD WITH YOU.
Do not laminate.

t allow others to use your number
or stolen. Protect both your card

record (if you are entitled) if your
changes. You will need to file an
our identity, and we may request

our employer uses the same name
in record your earnings correctly.
ping purposes. Such use is neither
mber by such an organization for
Private organizations cannot get
number.
whether giving it is mandatory or
ised.
ecurity card will be marked "NOT
s if you use the number to work.
rk, your Social Security card will
N." If you show this card to an
your U.S. immigration document

me disabled, reach retirement age

cialsecurity.gov.

SOCIAL SECURITY
VALID FOR WORK ONLY
WITH DHS AUTHORIZATION
THIS NUMBER HAS BEEN ESTABLISHED FOR
REDA
AOUN
SIGNATURE 04/29/2014
USA





