15

# BIRACH LAW, PC
### 26211 CENTRAL PARK BLVD., SUITE 209
### SOUTHFIELD, MI, 48076
### (313)964-1234
### Fax- (313)887-0263
### **BOB@CGBLEGAL.COM**

Principal Attorney:
Robert M. Birach

Associate Attorneys:
Ardiola Sinaj

February 14, 2025

US Department of Homeland Security
US Citizenship and Immigration Services
985 E. Michigan Ave., 2nd floor
Detroit, Michigan, 48226

Re:        Reda Ahmed Aoun
Case #:    A205-802-101

Attn: ERO Officer Do Wissmueller

Sear Officer Wissmueller,

I represent Reda Aoun.

Mr. Aoun was taken into custody when he reported for his order of supervision
meeting on February 13, 2025, and is in ICE custody at St. Clair County Jail.

The purpose of this letter is to advise you that **Mr. Aoun is the beneficiary of an
automatic stay removal** and to seek his release from custody pending adjudication
of his application for temporary protected status.

Mr. Aoun filed for temporary protected status on December 19, 2024 and that
application remains pending. (**TAB A**, I-797 receipt notice)

8 CFR §244.5, "Temporary Treatment Benefits for Eligible Aliens", states that:

Applicants for temporary protected status **shall** be afforded temporary treatment benefits upon filing an application for TPS which establishes prima facie eligibility for TPS benefits under section 244 of the immigration and nationality act and shall continue until terminated upon a final determination of alien's eligibility for TPS or 60 days after notice is published of termination of a state's designation for TPS (8 CFR §244.13).

Mr. Aoun is prima facie eligible for temporary protected status as he:

1. Is a national and citizen of Lebanon (**TAB B**, the Lebanese passport).
2. He filed his application for TPS during the registration period, between November 27, 2024 and May 27, 2026 (**TAB A**, receipt for filing).
3. Has continuously resided in the United States since October 16, 2024 (**TAB C**, Order of Supervision issued by USCE-Detroit with evidence of attendance on October 16, 2024 and employment authorization card's)
4. it is been physically present in the United States since November 27, 2024 (**TAB B**, expired Lebanese passport proving inability to travel outside of the United States and USICE-ERO-Detroit records showing that he has appeared, as ordered, for appointments on November 13, 2024 and February 13, 2025, and is now in ICE custody)
5. has never been arrested, charged or convicted of a felony, or a misdemeanor (**TAB D**, Michigan State police criminal history records showing the criminal record and FBI records, accessible by ICE as USCIS previously captured his fingerprints and biometrics.)

8 CFR 244.10(e)(1) states that an employment authorization document shall serve as evidence of temporary treatment benefits.

Concurrently with his application for temporary protected status, Mr. Aoun filed an application for employment authorization (**TAB E**, Receipt for I-765), which is is currently pending at the Texas Service Center (**TAB E**). It is currently taking 3 months to process employment authorization applications at the Texas Service Center (**TAB F**, USCIS Processing Times)

In addition, Mr. Aoun is the beneficiary of an I-130 filed by his US citizen wife,

pending since October 6, 2021 (**TAB G**, I-797 receipt for I-130 and marriage license). If approved, he will be eligible to file a motion to reopen his removal proceedings to seek relief that was not available at the time of his original hearing, adjustment of status. He is eligible for adjustment of status as he entered the United States legally (**TAB H**, B-2 visa stamp and entry stamp from  passport and I-94).

While it is understood that USICE retains discretion in matters of detention, with Mr. Aoun availing himself of the temporary treatment benefits afforded him under section 244 of the Immigration and Nationality Act and 8 CFR §244, he is entitled to a temporary stay of removal which, upon final decision on his application for TPS, will result in a stay of removal through at least May 27, 2026. In addition, he has no history of contact with law enforcement other than USICE, no history of arrests, charges or convictions for criminal activities, is married to a US citizen, has a US citizen stepson and a pending I-130 visa petition with eligibility to seek adjustment of status upon approval of that petition.

Under these circumstances, in concatenation with the facts that he has never missed an order of supervision appointment nor any other appointment or hearing scheduled by the Departments of Justice and Homeland Security, and that his continued, indefinite detention, at a cost of around $180 per night, is inefficient and a waste of government resources, especially in light of the fact that he does not pose a threat to the health safety or welfare of the American public nor the security of the nation, **it is hereby respectfully requested that Mr. Aoun be released from detention and placed back on and order of supervision under the alternative to detention program.**

My G-28 appearance form was filed through the EROfile online filing pilot program on February 14, 2025, attached hereto please find a copy thereof. (**TAB I**, G-28)

Thank you for your consideration of this request,

Sincerely yours,


Robert M. Birach,
Attorney for respondent

Department of Homeland Security
U.S. Citizenship and Immigration Service

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | December 26, 2024 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-821, Application for Temporary Protected Status | | A205802101 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| IOE0929193379 | December 19, 2024 | 1 of 1 |
| | | **DATE OF BIRTH** |

REDA A. AOUN
C/O ROBERT M. BIRACH BIRACH LAW P C   3   00000692
26211 CENTRAL PARK BLVD STE 209
SOUTHFIELD, MI  48076

ɪɪɪ··ɪɪ·ɪ|ɪ|ɪ|ɪ|ɪ||ɪɪ|ɪ|ɪɪ··ɪ·ɪɪɪɪ·ɪ·|ɪ|ɪ·ɪɪ·ɪɪ|ɪ·ɪ·ɪ|ɪ·ɪɪ|ɪ|ɪ

NAME AND MAILING ADDRESS

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $50.00 |
| Biometrics Fee: | $30.00 |
| Total Amount Received: | $80.00 |
| Total Balance Due: | $0.00 |

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| Potomac Service Center | (800)375-5283 |
| U.S. Citizenship and Immigration Services | ATTORNEY COPY |
| 6046 N Belt Line Rd. STE 114 | |
| Irving, TX 75038-0015 | |



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Notice to Applicants | CASE TYPE<br>I821 - APPLICATION FOR TEMPORARY PROTECTED STATUS | | NOTICE DATE<br>12/23/2024 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>IOE0929193379 | | USCIS A#<br>A205 802 101 | CODE<br>N/A |
| ACCOUNT NUMBER<br>053165641427 | TCR | SERVICE CENTER<br>YSC | PAGE<br>1 of 1 |

REDA AHMED AOUN
c/o ROBERT MICHAEL BIRACH
BIRACH LAW P C
26211 CENTRAL PARK BLVD, STE. 209
SOUTHFIELD MI 48076



U.S. Citizenship and Immigration Services (USCIS) has received your form and is currently processing your application, petition, or request. This notice informs you that USCIS is able to reuse your previously captured fingerprints and other biometrics. USCIS will run the same security checks and use your biometric data as in the past; however, **it is not necessary for you to appear at a USCIS Application Support Center (ASC) for a biometrics appointment.** The biometrics fee will not be refunded.

USCIS is continuing to process your application, petition, or request. USCIS will contact you in writing if any additional information is necessary to resolve your case.

This notice is not an approval of your pending application, petition, or request.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act.

You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit: https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/identity-history-summary-checks

For Privacy Act information, please visit https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/compact-council/privacy-act-statement

If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

If you have a pending N-400 application, find more information and study materials by visiting the Citizenship Resource Center at uscis.gov/citizenship.

---

If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

Form I-797C   10/13/21



DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION

File No.: 205 802 101

Name: REDA, AOUN

Date: October 16, 2024

On ___May 17, 2019___ , you were ordered:
(Date of Final Order)

☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.

☒ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the agency has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

☒ That you appear in person at the time and place specified, upon each and every request of the agency, for identification and for deportation or removal.

☒ That upon request of the agency, you appear for medical or psychiatric examination at the expense of the United States Government.

☒ That you provide information under oath about your nationality, circumstances, habits, associations and activities and such other information as the agency considers appropriate.

☒ That you do not travel outside ___STATE OF MICHIGAN___ for more than 48 hours without first having notified this
(Specify geographic limits, if any)
agency office of the dates and places, and obtaining approval from this agency office of such proposed travel.

☒ That you furnish written notice to this agency office of any change of residence or employment 48 hours prior to such change.

☒ That you report in person on ___11/13/2024___ ___08:00 AM___ to this agency office at:
(Date/Time)

See I-831
_____
(Reporting Address)

☒ That you assist U.S. Immigration and Customs Enforcement in obtaining any necessary travel documents.

☐ Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.*

*If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under 18 U.S.C. § 1361 and/or 18 U.S.C. § 641, each punishable by a fine, up to ten years imprisonment, or both.*

☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

_____
(Signature of ICE Official)

ANDERSON, S 6501 , SDDO
_____
(Print Name and Title of ICE Official)

### Alien's Acknowledgement of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ___ENGLISH___ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_____
(Signature of ICE Official Serving Order)

_____
(Signature of Alien)

___10/16/2024___
(Date)

ICE Form I-220B (10/20)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION (CONTINUATION PAGE)

| | Picture | Right Index Print |
|---|---|---|
| Alien Name | | |
| AOUN, REDA | | |

| File Number | Date |
|---|---|
| 205 802 101 | October 16, 2024 |

Alien's Signature

Reda Aoun

Alien's Telephone Number (if any)
3136514619

Alien's Address
6609 Pinehurst  St.
Dearbron        MICHIGAN        48126

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| 10-16-2024 | ▷ | RAO. NRD  11-13-2024 AT 8AM to |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Signature | Title |
|---|---|
| LUTTON, AARON | DO |

ICE Form I-220B (10/20)





**ICHAT**
INTERNET CRIMINAL HISTORY ACCESS TOOL

BROUGHT TO YOU BY

Information Provided

```
Name              : Reda Ahmed Aoun
Date of Birth     :
Gender            : Male
Race              : White
Reason            : Other
Amount Paid       : $10.00
Order Date        : 2/14/2025 4:20:27 PM
Miscellaneous No  :
```

A SEARCH OF MICHIGAN'S CRIMINAL HISTORY FILE HAS NOT LOCATED A CRIMINAL RECORD
THAT EXACTLY MATCHES THE INFORMATION THAT YOU HAVE PROVIDED.

DATE PRINTED:2/14/2025                Page 1

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE<br>Receipt | | NOTICE DATE<br>December 09, 2024 |
|---|---|---|
| CASE TYPE<br>I-765, Application for Employment Authorization | | USCIS ALIEN NUMBER<br>A205802101 |
| RECEIPT NUMBER<br>IOE0928959528 | RECEIVED DATE<br>November 29, 2024 | PAGE<br>1 of 1 |
| | | DATE OF BIRTH |

REDA A. AOUN
C/O ROBERT M. BIRACH BIRACH LAW P C
26211 CENTRAL PARK BLVD STE 209     3   00000644
SOUTHFIELD, MI 48076

**PAYMENT INFORMATION:**

Application/Petition Fee:    $520.00
Total Amount Received:    $520.00
Total Balance Due:    $0.00

NAME AND MAILING ADDRESS

### Eligibility Category: C19

We have received your form and are currently processing the above case. We will notify you separately about any other case you filed. If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment. If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if you are eligible, you may use this notice in conjunction with your facially expired Form I-766, Employment Authorization Document (EAD), as proof of an automatic extension of employment authorization and/or EAD, as applicable.

You are eligible for an automatic extension of your employment authorization and/or EAD if: (1) You have timely and properly filed to renew your current employment authorization and/or EAD; (2) Your EAD renewal request is under a category that is eligible for an automatic extension (see uscis.gov/eadautoextend for a list of eligible categories); (3) The category on your current EAD matches the "Class Requested" listed on this notice (If you are a Temporary Protected Status (TPS) beneficiary or applicant, your EAD and this notice must contain either the A12 or C19 category, but they do not need to match each other); and (4) Your EAD renewal application is still pending with USCIS when your current EAD expires.

If eligible, you may present this notice to an employer with your expired EAD (and Form I-94, Arrival/Departure Record, if applicable) for employment eligibility verification (Form I-9) purposes. If eligible, your automatic extension is for up to 540 days from the expiration date printed on the front of your EAD. If we deny your EAD renewal application, the automatic extension immediately ends, and you can no longer present this notice to your employer for Form I-9 purposes. If your EAD is also your Advance Parole document, the automatic extension does not apply to advance parole.

**USCIS Office Address:**

Potomac Service Center
U.S. Citizenship and Immigration Services
6046 N Belt Line Rd. STE 114
Irving, TX 75038-0015

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 10/13/21

2/14/25, 4:47 PM
Processing Times

Para tener acceso a este sitio en español, presione aquí (./es)

# Check Case Processing Times

## Select your form, form category, and the office that is processing your case

*Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the* More Information About Case Processing Times (./more-info) *page.*

**Form ***

| I-765 | Application for Employment Authorization ⌄ |

**Form Category ***

| All other applications for employment authorization ⌄ |

**Field Office or Service Center ***

| Texas Service Center ⌄ |

**Get processing time**

## Processing time for Application for Employment Authorization (I-765) at Texas Service Center



| 80% of cases are completed within |
| :---: |
| **3** Months |

Sign in or create (https://my.uscis.gov/account) a new account to see your estimated case timeline.

ⓘ  What does this processing time mean?

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | October 07, 2021 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-130, Petition for Alien Relative | A043840761 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0913763657 | October 06, 2021 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| October 06, 2021 | 201 B INA SPOUSE OF USC | |

FATMEH D. AOUN
6609 PINEHURST APT 1
DEARBORN, MI 48126          6     00002012

**PAYMENT INFORMATION:**

Application/Petition Fee:     $535.00
Total Amount Received:       $535.00
Total Balance Due:              $0.00

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| AOUN, REDA | | LEBANON | |

If this notice contains a priority date, this priority date does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| USCIS | (800)375-5283 |
| Texas Service Center | APPLICANT COPY |
| 6046 N. Beltline Rd STE. 110 |  |
| Irving, TX 75038 | |



JULY 1, 2021
DATE OF APPLICATION

DATE CERTIFICATE FILED



# Marriage License
## State of Michigan

STATE FILE NO.
1904549
LOCAL FILE NO.

To any person legally authorized to solemnize marriage, the marriage must be solemnized in the State of Michigan on or before ___AUGUST 2, 2021___
DATE

**COUPLE**

FATMEH DEEB AOUN                    and    REDA AOUN
FULL NAME (First, Middle, Last)   ☐ MALE  ☒ FEMALE        FULL NAME (First, Middle, Last)   ☒ MALE  ☐ FEMALE

SURNAME ON BIRTH CERTIFICATE, IF DIFFERENT          SURNAME ON BIRTH CERTIFICATE, IF DIFFERENT

33                                              46
PRESENT AGE          DATE OF BIRTH              PRESENT AGE          DATE OF BIRTH

TYRE        LEBANON                 AL-BUSS  El-BASS   LEBANON
BIRTHPLACE – CITY AND STATE                     BIRTHPLACE – CITY AND STATE

6609 PINEHURST AVE                  6609 PINEHURST ST
RESIDENCE NO.        STREET                      RESIDENCE NO.        STREET

DEARBORN, MI 48126                  DEARBORN, MI 48126
CITY, STATE, AND ZIP CODE                       CITY, STATE, AND ZIP CODE

WAYNE                0              WAYNE                1
RESIDENCE COUNTY     TIMES PREVIOUSLY MARRIED    RESIDENCE COUNTY     TIMES PREVIOUSLY MARRIED

**PARENTS**

NAZEHA NEMER KARANBASH              BAHIA BERRY
FULL NAME (First, Middle, Last)                 FULL NAME (First, Middle, Last)

KARANBASH    LEBANON               BERRY    LEBANON
SURNAME AT BIRTH     BIRTHPLACE              SURNAME AT BIRTH     BIRTHPLACE

DEEB ALI AOUN                       AHMED ALASAD   Abdul Karim  Aoun
FULL NAME (First, Middle, Last)                 FULL NAME (First, Middle, Last)

LEBANON                LEBANON  Palestine
SURNAME AT BIRTH     BIRTHPLACE              SURNAME AT BIRTH     BIRTHPLACE  Palestine

affidavit filed in this office, I hereby grant this marriage license on ___JULY 1, 2021___
(Month, Day, Year)

Cath M. Garrett                   WAYNE
COUNTY CLERK                                    COUNTY

DEPUTY CLERK

# Certificate of Marriage

hereby certify that, in accordance with the above license, the persons herein mentioned were joined in marriage,

in ___Dearborn___, County of ___Wayne___ Michigan,
CITY, VILLAGE, TOWNSHIP

on the ___6th___ day of ___July___ A.D. 20 ___21___, in the presence of

___Fadel Jassem___
SIGNATURE OF OFFICIANT/CERTIFIER          NAME AND TITLE OF OFFICIANT/CERTIFIER (TYPE OR PRINT)

___Islamic council of America 6941 Schaefer Rd, Dearborn MI 48126___
FULL MAILING ADDRESS OF OFFICIANT/CERTIFIER

Ali A Aoun
SIGNATURE OF WITNESS                            SIGNATURE OF WITNESS

Ali A Aoun                          Farah Bazdown
NAME OF WITNESS (TYPE OR PRINT)                 NAME OF WITNESS (TYPE OR PRINT)

Reda Aoun
SIGNATURE OF SPOUSE                             SIGNATURE OF SPOUSE

Reda Aoun                           Fatmeh Aoun
PRINTED NAME OF SPOUSE                          PRINTED NAME OF SPOUSE

DCH-0482 (Rev. 11-18)  By Authority of MCL 551.102        *This duplicate must be delivered by the person solemnizing marriage to one of the parties joined in marriage.*



**VISA — UNITED STATES OF AMERICA**

Issuing Post Name
BEIRUT

Surname
AOUN

Given Name
REDA

Passport Number
RL0668690

Entries
M

Annotation

Control Number
20130178200001

Visa Type /Class
R   B1/B2

Sex    Birth Date    Nationality
M                        LEBN

Issue Date    Expiration Date
18JAN2013    16JAN2018    1011

F9095855

```
VNUSAAOUN<<REDA<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
RL06686909LBN7500004M1801167B3BRT03Q97032074
```



...ay all utilities and/or ser



11/21/24, 3:48 PM                                   I-94 Official Website - Get Most Recent I-94 Response



For: **Reda Aoun**



## Most Recent I-94

**Note to employers, local, state or federal agency granting benefits:**
Please visit the CBP I-94 Public Website and click on the tab for "Get Most Recent I-94" to
perform a search for the applicant to confirm that the biographic and travel information
displayed on this I-94 printout matches the "Get Most Recent I-94" returned results for this
applicant. I-94 FAQs: (https://i94.cbp.dhs.gov/I94/#/faq)

**Admission I-94 Record Number:** 46060935327

**Arrival/Issued Date:** 2013 March 04

**Class of Admission:** B2

**Admit Until Date:** 2013 September 02

**Details provided on the I-94 Information form:**

**Last/Surname:** AOUN

**First (Given) Name:** REDA

**Birth Date:** ████████

**Document Number:** RL0668690

**Country of Citizenship:** Lebanon

---

➤ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully
admitted or paroled into the U.S. is no longer required to be in possession of a preprinted
Form I-94. A record of admission printed from the CBP website constitutes a lawful record
of admission. See 8 CFR § 1.4(d).

➤ If an employer, local, state or federal agency requests admission information, present your
admission (I-94) number along with any additional required documents requested by that
employer or agency.

➤ Note: For security reasons, we recommend that you close your browser after you have
finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 11/30/2024



This content is from the eCFR and is authoritative but unofficial.

📅 Displaying title 8, up to date as of 2/11/2025. Title 8 was last amended 1/28/2025. ⓘ

**Title 8 —Aliens and Nationality**
**Chapter I —Department of Homeland Security**
**Subchapter B —Immigration Regulations**
**Part 244 —Temporary Protected Status for Nationals of Designated States**

**§ 244.10 Decision and appeal.**

(a) *Temporary treatment benefits.* USCIS will grant temporary treatment benefits to the applicant if the applicant establishes prima facie eligibility for Temporary Protected Status in accordance with 8 CFR 244.5.

(b) *Temporary Protected Status.* Upon review of the evidence presented, USCIS may approve or deny the application for Temporary Protected Status in the exercise of discretion, consistent with the standards for eligibility in 8 CFR 244.2, 244.3, and 244.4.

(c) *Denial.* The initial decision to deny Temporary Protected Status, a waiver of inadmissibility, or temporary treatment benefits shall be in writing served in person or by mail to the alien's most recent address provided to the Service and shall state the reason(s) for the denial. Except as otherwise provided in this section, the alien will be given written notice of his or her right to appeal. If an appeal is filed, the administrative record shall be forwarded to the USCIS AAO for review and decision, except as otherwise provided in this section.

   (1) If the basis for the denial of the Temporary Protected Status constitutes a ground for deportability or inadmissibility which renders the alien ineligible for Temporary Protected Status under § 244.4 or inadmissible under § 244.3(c), the decision shall include a charging document which sets forth such ground(s).

   (2) If such a charging document is issued, the alien shall not have the right to appeal the USCIS decision denying Temporary Protected Status as provided in 8 CFR 103.3. However, the decision will also apprise the alien of his or her right to a *de novo* determination of his or her eligibility for Temporary Protected Status in removal proceedings pursuant to section 240 of the Act and 8 CFR 1244.18.

(d) *Administrative appeal.* The appellate decision will be served in accordance with 8 CFR 103.8. If the appeal is dismissed, the decision must state the reasons for dismissal.

   (1) If the appeal is dismissed on appeal under 8 CFR 244.18(b), the decision shall also apprise the alien of his or her right to a *de novo* determination of eligibility for Temporary Protected Status in removal proceedings pursuant to section 240 of the Act and 8 CFR 1244.18.

   (2) If the appeal is dismissed, USCIS may issue a charging document if no charging document is presently filed with the Immigration Court.

   (3) If a charging document has previously been filed or is pending before the Immigration Court, either party may move to re-calendar the case after the administrative appeal is dismissed.

(e) *Grant of temporary treatment benefits.*

   (1) Temporary treatment benefits shall be evidenced by the issuance of an employment authorization document. The alien shall be given, in English and in the language of the designated foreign state or a language that the alien understands, a notice of the registration requirements for Temporary Protected Status and a notice of the following benefits:

      (i) Temporary stay of deportation; and

      (ii) Temporary employment authorization.

   (2) Unless terminated under § 244.13, temporary treatment benefits shall remain in effect until a final decision has been made on the application for Temporary Protected Status.

(f) *Grant of temporary protected status.*

   (1) The decision to grant Temporary Protected Status shall be evidenced by the issuance of an alien registration document. For those aliens requesting employment authorization, the employment authorization document will act as alien registration.

   (2) The alien shall be provided with a notice, in English and in the language of the designated foreign state or a language that the alien understands, of the following benefits:

      (i) The alien shall not be deported while maintaining Temporary Protected Status;

      (ii) Employment authorization;

      (iii) The privilege to travel abroad with the prior consent of the director as provided in § 244.15;

      (iv) For the purposes of adjustment of status under section 245 of the Act and change of status under section 248 of the Act, the alien is considered as being in, and maintaining, lawful status as a nonimmigrant while the alien maintains Temporary Protected Status.

      (v) An alien eligible to apply for Temporary Protected Status under § 244.2(f)(2), who was prevented from filing a late application for registration because the regulations failed to provide him or her with this opportunity, will be considered to have been maintaining lawful status as a nonimmigrant until the benefit is granted.

(3)  The benefits contained in the notice are the only benefits the alien is entitled to under Temporary Protected Status.

(4)  Such notice shall also advise the alien of the following:

　　(i)  The alien must remain eligible for Temporary Protected Status;

　　(ii)  The alien must register annually with the district office or service center having jurisdiction over the alien's place of residence; and

　　(iii)  The alien's failure to comply with paragraphs (f)(4) (i) or (ii) of this section will result in the withdrawal of Temporary Protected Status, including work authorization granted under this Program, and may result in the alien's deportation from the United States.

[56 FR 619, Jan. 7, 1991, as amended at 56 FR 23497, May 22, 1991; 58 FR 58937, Nov. 5, 1993; 60 FR 34090, June 30, 1995. Redesignated at 62 FR 10367, 10382, Mar. 6, 1997, as amended at 63 FR 63596, Nov. 16, 1998; 64 FR 4782, Feb. 1, 1999; 76 FR 53791, Aug. 29, 2011]