United States District Court
Western District of Texas
San Antonio Division

Reda Ahmed Aoun,
    Petitioner,

v.

Kristi Noem,
Secretary of the Department of Homeland Security *et al*,
    Respondents.

No. 5:25-CV-00430-JKP-HJB

### Federal[1] Respondents' Unopposed Motion to Transfer Venue

Federal Respondents' respectfully move to transfer venue in this case, pursuant to 28 U.S.C. § 1404(a), to the Southern District of Texas, for the convenience of the parties and in the interest of justice. The Federal Respondents have conferred with Petitioner's counsel and agree that this transfer is in the best interest of all parties, as Petitioner is detained in immigration custody at La Salle County Regional Detention Center in Encino, Texas, not the South Texas ICE Processing Center. La Salle County is in the Southern District of Texas, so the proper venue for this habeas petition is in the Southern District of Texas. The parties are coordinating through counsel to avoid any unnecessary delay that might have otherwise resulted in transferring the case to another district. Petitioner, through counsel, has stated no opposition to this motion, as counsel is already admitted to practice in the Southern District of Texas and is prepared to file an amended habeas petition upon completion of the transfer.

---

[1] The United States Attorneys' Office represents only the Federal Respondents (ICE/DHS) in this action. Neither the warden, nor GEO Group, is herein represented. Because those non-federal respondents were independently served by the Court, but no attorney has entered an appearance on their behalf, the undersigned AUSA did not confer with them regarding this motion. In any event, it is the Federal Respondents, not GEO Group or the named warden in this case, who make the custodial decisions regarding aliens detained in immigration custody under Title 8 of the United States Code.

        Respectfully submitted,

        Margaret F. Leachman
        Acting United States Attorney

By:   */s/ Lacy L. McAndrew*
        Lacy L. McAndrew
        Assistant United States Attorney
        Florida Bar No. 45507
        601 N.W. Loop 410, Suite 600
        San Antonio, Texas 78216
        (210) 384-7325 (phone)
        (210) 384-7312 (fax)
        lacy.mcandrew@usdoj.gov

        Attorneys for Federal Respondents

**Certificate of Conference**

I certify that on May 5, 2025, I conferred by email with Petitioner's counsel, Robert "Bob" M. Birach, and he graciously stated no opposition to this motion.

        */s/ Lacy L. McAndrew*
        Lacy L. McAndrew
        Assistant United States Attorney

**Certificate of Service**

I certify that on May 6, 2025, I served on Petitioner's counsel by email at bob@cgblegal.com a courtesy copy of the forgoing Unopposed Motion to Transfer Venue, as he is not yet enrolled in ECF in this district. Additionally, I mailed courtesy copies to each non-federal respondent at:

South Texas ICE Processing Center
566 Veteran Drive
Pearsall, Texas 78061

        */s/ Lacy L. McAndrew*
        Lacy L. McAndrew
        Assistant United States Attorney

United States District Court
Western District of Texas
San Antonio Division

Reda Ahmed Aoun,
    Petitioner,

v.

Kristi Noem,
Secretary of the Department of Homeland Security *et al,*
    Respondents.

No. 5:25-CV-00430-JKP-HJB

## Order

The Court has considered Respondents' Unopposed Motion to Transfer venue and finds it to be meritorious. The motion is accordingly **GRANTED**.

The Court **GRANTS** the Motion and **TRANSFERS** the case to the Southern District of Texas.

IT IS SO ORDERED.

Signed and entered this _____ day of _____, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge